IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOEL ROBINSON,** | 2:07-CV-2360 FCD DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **D.K. SISTO, et al.,** | |
| Defendant. | |

On April 1, 2008, Defendant Clark filed a request for an extension of time to respond to Plaintiff's discovery requests. For good cause shown, Defendant shall have until May 20, 2008, to respond to Plaintiff's interrogatories and requests for documents propounded to Defendant Clark.

DATED: April 2, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/robi2360.36

1