IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOEL ROBINSON,** | Case No. 2:07-CV-2360 FCD DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **D.K. SISTO, et al.,** | |
| Defendant. | |

On January 12, 2009, Defendant Clark filed a motion for an extension of time to file his opposition to Plaintiff's motion to compel discovery responses. Good cause appearing, IT IS HEREBY ORDERED that the Defendant is granted an extension of time, to and including February 11, 2009, in which to file his opposition brief.

DATED: January 14, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/robi2360.36opp