IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL ROBINSON,

    Plaintiff,                No. CIV S-07-2360 DAD P

    vs.

D.K. SISTO, et al.,

    Defendants.           <u>ORDER</u>

_____/

    Defendant Clark has requested an extension of time to file a reply in support of the motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Defendant's March 30, 2009 request for an extension of time (Doc. No. 38) is granted; and

    2. Defendant shall file a reply on or before April 16, 2009.

DATED: April 6, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
robi2360.36reply